UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Angelo Detrell Cox**　　　　　　　　　　　　　　　　　**Docket No. 4:11-CR-27-3F**

### Petition for Action on Supervised Release

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Angelo Detrell Cox, who, upon an earlier plea of guilty to Conspiracy to Interfere With Commerce by Robbery, in violation of 18 U.S.C. § 1951, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on September 7, 2011, to the custody of the Bureau of Prisons for a term of 47 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Angelo Detrell Cox was released from custody on August 4, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 24, 2015, the defendant was arrested in Pitt County, North Carolina, for Driving While Impaired (15CR57212) and Reckless Driving to Endanger (15CR710538), which allegedly occurred on the same day. These charges remain pending for disposition. Additionally, Cox failed to notify the undersigned probation officer of the new charges within 72 hours of his arrest. When confronted with the same on October 20, 2015, Cox acknowledged commission of the new offenses. With the exception of these incidents, the defendant has made a favorable adjustment to supervision since his release. Cox agreed to report for an alcohol abuse assessment. As a sanction for this violation conduct, the completion of 2 days custody in the Bureau of Prisons is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

　　　　　　　　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　is true and correct.


　　　　　　　　　　　　　　　　　　　　　/s/ Michael W. Dilda
　　　　　　　　　　　　　　　　　　　　　Michael W. Dilda
　　　　　　　　　　　　　　　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　201 South Evans Street, Rm 214
　　　　　　　　　　　　　　　　　　　　　Greenville, NC 27858-1137
　　　　　　　　　　　　　　　　　　　　　Phone: 252-830-2342
　　　　　　　　　　　　　　　　　　　　　Executed On: November 20, 2015

Angelo Detrell Cox
Docket No. 4:11-CR-27-3F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 24 day of November, 2015 and ordered filed and made a part of the records in the above case.

*/s/ James C. Fox*
James C. Fox
Senior U.S. District Judge